THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LISA HOOPER; BRANDIE OSBORNE, individually and on behalf of a class of similarly situated individuals; THE EPISCOPAL DIOCESE OF OLYMPIA; REAL CHANGE,

Plaintiffs,

vs.

CITY OF SEATTLE, WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, SECRETARY OF TRANSPORTATION FOR WSDOT, in his official capacity,

Defendants.

No. 2:17-cv-00077

**DECLARATION OF BREANNE SCHUSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Breanne Schuster, declare that I am over the age of eighteen, am counsel for Plaintiffs, have personal knowledge of the matters stated therein, and am competent to testify thereto.

1. Attached as Exhibit A is a true and accurate copy of a photo taken of one of Defendants' sweeps, dated September 14, 2016.

2. Attached as Exhibit B is a true and accurate copy of City records received pursuant to a public records request, indicating the sweeps completed between January 1, 2015 and April 4, 2016.

DECLARATION OF BREANNE SCHUSTER

.– Page 1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

3. Attached as Exhibit C is a true and accurate copy of City records received pursuant to a public records request, indicating property retained during the City's sweeps between May 19, 2008 and March 22, 2016.

4. Attached as Exhibit D is a true and accurate copy of a City of Seattle Notice and Order to Remove Personal Property, dated September 7, 2016.

5. Attached as Exhibit E is a true and accurate copy of a City of Seattle Notice and Order to Remove Personal Property, dated October 26, 2016.

6. Attached as Exhibit F is a true and accurate copy of a City of Seattle Notice and order to Remove Personal Property, dated October 21, 2016 and a true and accurate copy of a Washington State Department of Transportation Notice and Order to Remove, dated October 18, 2016.

7. Attached as Exhibit G is a true and accurate copy of a Washington State Department of Transportation Notice and Order to Remove, dated December 27, 2016.

_[signature]_  _2-10-2017_

February 10, 2017 at Seattle, Washington

DECLARATION OF BREANNE SCHUSTER

.– Page 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184