UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA HOOPER, BRANDIE OSBORNE, KAYLA WILLIS, individually and on behalf of a class of similarly situated individuals; THE EPISCOPAL DIOCESE OF OLYMPIA; TRINITY PARISH OF SEATTLE; REAL CHANGE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, SECRETARY OF TRANSPORTATION FOR WSDOT, in his official capacity,<br><br>Defendants. | Case No. 2:17-cv-00077-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court on the parties Stipulated Motion to File Second Amended Complaint. Dkt. #84. Having reviewed the motion and being fully advised, now therefore, the Court GRANTS the Motion. Plaintiff's pending Motion to Amend (Dkt. #81) is WITHDRAWN AS MOOT.

IT IS HEREBY ORDERED that, Plaintiffs may file with the Court their Second Amended Complaint.

ORDER GRANTING STIPULATED MOTION TO FILE SECOND
AMENDED COMPLAINT - 1
(No. 2:17-cv-00077-RSM)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Dated this 22 day of May, 2017.

	*[signature]*
	RICARDO S. MARTINEZ
	CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP


 *s/ Todd T. Williams*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
bmarksdias@corrcronin.com
twilliams@corrcronin.com
elindberg@corrcronin.com

Emily Chiang, WSBA No. 50517
Nancy Talner, WSBA No. 11196
Breanne Schuster, WSBA No. 49993
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
echiang@aclu-wa.org
talner@aclu-wa.org
bschuster@aclu-wa.org

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO FILE SECOND
AMENDED COMPLAINT - 2
(No. 2:17-cv-00077-RSM)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900