THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA HOOPER, BRANDIE OSBORNE,
KAYLA WILLIS, REAVY WASHINGTON,
individually and on behalf of a class of
similarly situated individuals; THE
EPISCOPAL DIOCESE OF OLYMPIA;
TRINITY PARISH OF SEATTLE; REAL
CHANGE,

                       Plaintiffs,

    vs.

CITY OF SEATTLE, WASHINGTON;
WASHINGTON STATE DEPARTMENT OF
TRANSPORTATION; ROGER MILLAR,
SECRETARY OF TRANSPORTATION FOR
WSDOT, in his official capacity,

                       Defendants.

No. 2:17-cv-00077-RSM

**ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR ENTRY OF
ORDER REGARDING PRODUCTION
OF DOCUMENTS BY GOOGLE**

     This matter coming before the Court on Plaintiffs' unopposed motion for entry of an order regarding Google Inc.'s ("Google") production of certain communications, the Court FINDS and ORDERS as follows:

     1.    **Reavy Washington** is the registered account holder and sole authorized user of a Gmail account with the address reavydwashington212@gmail.com (**"Google Account"**).

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    2.    **Reavy Washington** consents to Google delivering and divulging the contents of

2    his or her respective Gmail accounts as described further below.  The court finds that this

3    consent is sufficient pursuant to the Stored Communications Act 18 U.S.C § 2701 *et seq.*

4    3.    Within three (3) days of the entry of this Order, counsel for **Reavy Washington**

5    will email to the user (reavydwashington212@gmail.com) a copy of this Order.

6    4.    Within ten (10) days of the entry of this Order, **Reavy Washington** shall send

7    an email message from the user's Gmail account listed above to google-legal-

8    support@google.com with this Order attached (**"Consent Email"**).  The **Consent Email** shall

9    state that the user consents to Google's disclosure of the communications dated between

10   **January 1, 2016** and **June 15, 2017** GMT/UTC associated with the **Google Account**, which

11   are in the **Google Account**, were recently deleted from the **Google Account**, or were preserved

12   pursuant to the request(s) in this matter (the **"Documents"**).

13   5.    The **Consent Email** shall further state that the user consents to Google

14   delivering the **Documents** to **Corr Cronin Michelson Baumgardner Fogg & Moore LLP,**

15   **c/o Todd T. Williams, 1001 Fourth Avenue, Suite 3900, Seattle, WA 98154**.

16   6.    Within ten (10) days of the receipt of the **Consent Email**, Google shall write or

17   otherwise record the **Documents**, to the extent any exist and are reasonably available, on a

18   separate compact disc (CD) or other fixed medium and mail via overnight courier to:

19   **Corr Cronin Michelson Baumgardner Fogg & Moore LLP**
     **c/o Todd T. Williams**
20   **1001 Fourth Avenue, Suite 3900**
21   **Seattle, WA  98154**

22   7.    Google's production, as outlined in paragraph 6, will complete Google's

23   discovery obligation in this matter.

24

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
ENTRY OF ORDER REGARDING PRODUCTION OF
DOCUMENTS BY GOOGLE - 2   (No. 2:17-cv-00077-RSM)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED this 20 day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

 *s/ Todd T. Williams*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Email: bmarksdias@corrcronin.com
        twilliams@corrcronin.com
        elindberg@corrcronin.com

Emily Chiang, WSBA No. 50517
Nancy Talner, WSBA No. 11196
Breanne Schuster, WSBA No. 49993
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email: echiang@aclu-wa.org
        talner@aclu-wa.org
        bschuster@aclu-wa.org

*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
ENTRY OF ORDER REGARDING PRODUCTION OF
DOCUMENTS BY GOOGLE - 3  (No. 2:17-cv-00077-RSM)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900