UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA HOOPER, BRANDIE OSBORNE, KAYLA WILLIS, REAVY WASHINGTON, individually and on behalf of a class of similarly situated individuals; THE EPISCOPAL DIOCESE OF OLYMPIA; TRINITY PARISH OF SEATTLE; REAL CHANGE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE, WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, Secretary of Transportation for WSDOT, in his official capacity,<br><br>　　　　　　　　　　Defendants. | No. 2:17-cv-00077-RSM<br><br>STIPULATION AND AGREED ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE |

## **STIPULATION**

The parties hereto, by and through their respective counsel, have conferred and agreed to an amended briefing schedule on the pending Motion for Preliminary Injunction ("Motion") filed by Plaintiffs on June 14, 2017. Under the current briefing schedule, Defendants' opposition brief to the Motion is due by July 28, 2017, and Plaintiffs' reply brief in support of their Motion is due by August 11, 2017. Dkt. # 72. The parties wish to amend the agreed briefing schedule to allow

STIPULATION AND AGREED ORDER
REGARDING BRIEFING SCHEDULE - 1

Case No. 2:17-cv-00077-RSM
20044 00021 gg194w49jd

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

for the conduct of three party depositions during the week of July 31, 2017 on dates and times that counsel and the witnesses are available. The parties now stipulate to an amended briefing schedule as follows and request that the Court enter the Order subjoined hereto: Defendant's opposition brief to the Motion due by 12:00pm (Noon) on August 7, 2017, and Plaintiffs' reply brief in support of their Motion due by August 25, 2017. The Parties do not request any change in the hearing set by the Court.

DATED this 20th day of July, 2017.

PACIFICA LAW GROUP LLP

By /s/ Matthew J. Segal
   Matthew J. Segal, WSBA #29797
   Gregory J. Wong, WSBA #39329
   Taki V. Flevaris, WSBA #42555

SEATTLE CITY ATTORNEY'S OFFICE
   Patrick Downs, WSBA #25276
   Andrew Myerberg, WSBA #47746
   Gregory Narver, WSBA #18127
   Carlton Seu, WSBA #26830
   Gary Smith, WSBA #29718

*Attorneys for Defendant City of Seattle*

CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP

By /s/ Todd T. Williams
   Blake Edward Marks-Dias, WSBA #28169
   Eric Lindberg, WSBA #43596
   Todd T. Williams, WSBA #45032

ACLU OF WASHINGTON
Emily Chiang, WSBA #50517
Nancy Talner, WSBA #11196
Breanne Schuster, WSBA #49993

*Attorneys for Plaintiffs*

ATTORNEY GENERAL'S OFFICE
TRANSPORTATION & PUBLIC CONSTRUCTION

By /s/ Alicia O. Young
   Matthew D. Huot, WSBA #40606
   Alicia O. Young, WSBA #35553

*Attorneys for WA State Dept. of Transportation
and Roger Millar, Secretary of Transportation
for WSDOT, in his official capacity*

STIPULATION AND AGREED ORDER
REGARDING BRIEFING SCHEDULE - 2
Case No. 2:17-cv-00077-RSM
20044 00021 gg194w49jd

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## ORDER

Based on the foregoing stipulation of the parties, the Court hereby ORDERS that Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed by 12:00pm (Noon) on August 7, 2017 and Plaintiffs' reply thereto shall be filed on or before August 25, 2017. The noting date of September 7, 2017, shall remain the same.

DATED this 21st day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Jointly Presented by:

PACIFICA LAW GROUP LLP

By */s/ Matthew J. Segal*
    Matthew J. Segal, WSBA #29797
    Gregory J. Wong, WSBA #39329
    Taki V. Flevaris, WSBA #42555

SEATTLE CITY ATTORNEY'S OFFICE

    Patrick Downs, WSBA #25276
    Andrew Myerberg, WSBA #47746
    Gregory Colin Narver, WSBA #18127
    Carlton Seu, WSBA #26830
    Gary Smith, WSBA #29718

*Attorneys for Defendant City of Seattle*

STIPULATION AND AGREED ORDER
REGARDING BRIEFING SCHEDULE - 3
Case No. 2:17-cv-00077-RSM
20044 00021 gg194w49jd

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750