THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA HOOPER, BRANDIE OSBORNE, KAYLA WILLIS, REAVY WASHINGTON, individually and on behalf of a class of similarly situated individuals; THE EPISCOPAL DIOCESE OF OLYMPIA; TRINITY PARISH OF SEATTLE; REAL CHANGE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, SECRETARY OF TRANSPORTATION FOR WSDOT, in his official capacity,<br><br>Defendants. | No. 2:17-cv-00077-RSM<br><br>**DECLARATION OF BREANNE SCHUSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**NOTED ON MOTION CALENDAR: SEPTEMBER 7, 2017, 11:30 A.M.**<br><br>**ORAL ARGUMENT GRANTED** |

I, Breanne Schuster, state and declare as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein, and I am competent to testify to these matters.

2. I am one of the attorneys representing Plaintiffs Lisa Hooper, Brandie Osborne, Kayla Willis, Reavy Washington, The Episcopal Diocese of Olympia, Trinity Parish of Seattle,

DECLARATION OF BREANNE SCHUSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION – 1
(No. 2:17-cv-00077-RSM)

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

1  and Real Change in this matter, and I make this Declaration in support of Plaintiffs' Reply in
2  Support of Motion for Preliminary Injunction.

3      3. Attached hereto as **Exhibit 1** is a true and correct copy of COS_085038-2016H
4  spreadsheet of sweeps in 2016 wherein sweeps without 72 hours' notice are highlighted.

5      4. Attached hereto as **Exhibit 2** is a true and correct copy of the COS_161194H
6  Spreadsheet of sweeps in 2017 wherein sweeps without 72 hours' notice are highlighted.

7      5. Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange
8  between the City and a Seattle Weekly reporter, dated April 28, 2017, bates numbered
9  COS_097992–93.

10     6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the
11 Deposition of Eric Zerr taken June 5, 2017.

12     7. Attached hereto as **Exhibit 5** is a true and correct copy of an email exchange
13 between the City and OCR dated January 17, 2017, bates numbered COS_077851–52.

14     8. Attached hereto as **Exhibit 6** is a true and correct copy of an email exchange
15 between the City and WSDOT dated February 21, 2017, bates numbered COS_047000–02.

16     9. Attached hereto as **Exhibit 7** is a true and correct copy of Public Comment on
17 the proposed MDARs from the Public Defender's Association, dated February 15, 2017, bates
18 numbered COS_136928–31.

19     10. Attached hereto as **Exhibit 8** is a true and correct copy of Public Comment on
20 the proposed MDARs from Columbia Legal Services, bates numbered COS_136889–93.

21     11. Attached hereto as **Exhibit 9** is a true and correct copy of Public Comment on
22 the proposed MDARs from Seattle Community Law Center, bates dated February 15, 2017,
23 numbered COS_136904–07.

24

25

DECLARATION OF BREANNE SCHUSTER IN
SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION – 2
(No. 2:17-cv-00077-RSM)

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

12. Attached hereto as **Exhibit 10** is a true and correct copy of Public Comment on the proposed MDARs from the Downtown Emergency Service Center, dated February 15, 2017, bates numbered COS_136932–34.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Public Comment on the proposed MDARs from the Seattle King County Coalition on Homelessness, dated February 15, 2017, bates numbered COS_136792–93.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Deposition of August Drake-Ericson taken June 6, 2017.

15. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the Deposition of Jeffrey Horan taken May 11, 2017.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a spreadsheet titled "Evidence Showing Defendants Have Misconstrued Their Policies and Practices."

17. Attached hereto as **Exhibit 15** is a true and correct copy of an email exchange between City employees, dated March 31, 2016, bates numbered COS_081681–82.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an email exchange between OCR and FAS, dated September 16, 2016, bates numbered COS_083509.

19. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the Deposition of Simon Stephens taken July 21, 2017.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the 30(b)(6) Deposition of Episcopal Diocese of Olympia taken August 2, 2017.

21. Attached hereto as **Exhibit 19** is a true and correct copy of an email exchange between OCR and FAS, dated March 10, 2017, bates numbered COS_078894–95.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Real Change Surveys, bates numbered PLAINTIFF 001200, 001343, 001352, 001866, & 001867–68.

DECLARATION OF BREANNE SCHUSTER IN
SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION – 3
(No. 2:17-cv-00077-RSM)

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

23. Attached hereto as **Exhibit 21** is a true and correct copy of spreadsheet titled "Destruction of Property."

24. Attached hereto as **Exhibit 22** is a true and correct copy of COS_085038O spreadsheet of sweeps in 2017, wherein sweeps without 72 hours' notice are highlighted.

25. Attached hereto as **Exhibit 23** is a true and correct copy of COS_161194O-2016O Spreadsheet of sweeps in 2016, wherein sweeps without 72 hours' notice are highlighted.

26. Attached hereto as **Exhibit 24** is a true and correct copies of Unauthorized Encampment Removal Monitoring Worksheets, bates numbered COS_089269, COS_089296–99, COS_089326–27, COS_089350–52, COS_089356–58 and COS_089380–82.

27. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the Deposition of the 30(b)(6) Deposition of Trinity Parish of Seattle taken August 2, 2017.

28. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the Deposition of Brandie Osborne taken May 23, 2017.

29. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the 30(b)(6) Deposition of Real Change taken August 3, 2017.

30. Attached hereto as **Exhibit 28** is a true and correct copy of UW Study on Media Analysis of Sweeps.

31. Attached hereto as **Exhibit 29** is a true and correct copy of an email from August Drake-Ericson to Chris Potter, dated May 26, 2016, bates numbered COS_072000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 25th day of August, 2017 at Seattle, Washington.

*s/ Breanne Schuster*
Breanne Schuster, WSBA No. 49993

DECLARATION OF BREANNE SCHUSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION – 4
(No. 2:17-cv-00077-RSM)

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184


# CERTIFICATE OF SERVICE

I hereby certify that on **August 25, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| *Attorneys for Defendant City of Seattle:* | *Attorneys for Defendants Washington State Department of Transportation and Roger Millar, Secretary of Transportation for WSDOT:* |
|---|---|
| Matthew J. Segal, WSBA No. 29797<br>Gregory J. Wong, WSBA No. 39329<br>Taki V. Flevaris, WSBA No. 42555<br>PACIFICA LAW GROUP LLP<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA  98101<br>matthew.segal@pacificalawgroup.com<br>greg.wong@pacificalawgroup.com<br>taki.flevaris@pacificalawgroup.com<br><br>Patrick Downs, WSBA No. 25276<br>Andrew T. Myerberg, WSBA No. 47746<br>Gregory C. Narver, WSBA No. 18127<br>Carlton W.M. Seu, WSBA No. 26830<br>Gary T. Smith, WSBA No. 29718<br>SEATTLE CITY ATTORNEY<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA  98104-70197<br>patrick.downs@seattle.gov<br>andrew.myerberg@seattle.gov<br>gregory.narver@seattle.gov<br>carlton.seu@seattle.gov<br>gary.smith@seattle.gov | Alicia O. Young, WSBA No. 35553<br>Assistant Attorney General<br>ATTORNEY GENERAL OF WASHINGTON<br>P.O. Box 40126<br>Olympia, WA  98504-0126<br>AliciaO@atg.wa.gov<br><br>Matthew D. Huot, WSBA No. 40606<br>Assistant Attorney General<br>ATTORNEY GENERAL OF WASHINGTON<br>P.O. Box 40113<br>Olympia, WA  98504-0113<br>MattH4@atg.wa.gov |
| *Counsel for Amicus Curiae National Law Center on Homelessness and Poverty:*<br><br>Joseph Shaeffer, WSBA No. 33273<br>MACDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, WA  98104<br>joe@mhb.com<br><br>Tristia Bauman (*admitted pro hac vice*)<br>National Law Center on Homelessness and Poverty<br>2000 M Street, NW, Suite 210<br>tbauman@nlchp.org<br><br>John D. Biancamano (*admitted pro hac vice*) | |

DECLARATION OF BREANNE SCHUSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION – 5
(No. 2:17-cv-00077-RSM)

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

| | |
|---|---|
| DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY  10036<br>john.biancamano@dechert.com<br><br>Craig G. Falls (*admitted pro hac vice*)<br>DECHERT LLP<br>1900 K Street NW<br>Washington, D.C.  20006<br>craig.falls@dechert.com | |
| | CORR CRONIN MICHELSON<br>BAUMGARDNER FOGG & MOORE LLP<br><br> *s/ Todd T. Williams*<br>Todd T. Williams, WSBA No. 45032<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154-1051<br>Telephone: (206) 625-8600<br>Email: twilliams@corrcronin.com |

DECLARATION OF BREANNE SCHUSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION – 6
(No. 2:17-cv-00077-RSM)

**AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION**
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184