UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA HOOPER, *et al.*,

Plaintiffs,

v.

CITY OF SEATTLE, *et al.*,

Defendants.

Case No. C17-0077RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 7, 2017, Defendant Washington State Department of Transportation ("WSDOT"), filed their Response in opposition to Plaintiffs' preliminary injunction motion. Dkt. #162. As part of that Response, WSDOT filed the Declaration of Matthew D. Huot. Dkt. # 163. As part of Mr. Huot's declaration, two CDs, purportedly containing a true and correct copy of a January 26, 2017, video taken by Alex Garland (Exhibit 1), were also filed. *See id.* ¶ 2; *also* Dkts. #170 and #183. Because the CDs containing Exhibit 1 of Mr. Huot's declaration cannot be played by the Court, the Court directs WSDOT to re-file the video contained in Exhibit 1 of Mr. Huot's declaration.

MINUTE ORDER - 1

Exhibit 1 must be filed in a format that can be played on Windows Media Player. Additionally, no stickers must be placed on the CD filed with the Court.

This CD must be filed with the Clerk of the Court by August 31, 2017, at 12:00 P.M.

DATED this 29th day of August, 2017.

                                     WILLIAM McCOOL, Clerk

                                     By:    /s/ Rhonda Stiles
                                                 Deputy Clerk