**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LISA HOOPER, BRANDIE OSBORNE, KAYLA WILLIS, REAVY WASHINGTON, individually and on behalf of a class of similarly situated individuals; THE EPISCOPAL DIOCESE OF OLYMPIA; TRINITY PARISH OF SEATTLE; REAL CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, SECRETARY OF TRANSPORTATION FOR WSDOT, in his official capacity,<br><br>Defendants. | NO. C17-0077RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

This matter came before the Court on Defendants Washington State Department of Transportation and Roger Millar (WSDOT), and the City of Seattle's (City) Motion for Leave to File Supplemental Materials in Opposition to Plaintiffs' Motion for Preliminary Injunction. The Court considered the Motion and all filings of record in support of and opposition to the Motion.

Being fully advised in this matter, the Court hereby ORDERS that Defendants' Motion for Leave to File Supplemental Materials is GRANTED. Defendants may file into the record the

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

**Error! AutoText entry not defined.**

Supplemental Declaration of Amir Rasaie in Support of Defendants Washington State Department of Transportation and Roger Millar's Response to Plaintiffs' Motion for Preliminary Injunction, Second Declaration of Chris Potter in Support of the City's Opposition to Plaintiffs' Motion for Preliminary Injunction, and Second Declaration of Taki Flevaris in Support of the City of Seattle's Opposition to Motion for Preliminary Injunction.

It is SO ORDERED

DATED this 6 day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Alicia O. Young*
ALICIA O. YOUNG, WSBA #35553
MATTHEW D. HUOT, WSBA #40606
Assistant Attorneys General
Attorneys for WSDOT Defendants


PACIFICA LAW GROUP LLP


*/s/ Taki V. Flevaris*
MATTHEW J. SEGAL, WSBA #29797
GREGORY J WONG, WSBA #39329
TAKI V. FLEVARIS, WSBA #42555
Attorneys at Law
Attorneys for Defendant City of Seattle

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

2

Error! AutoText entry not defined.