UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA HOOPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, *et al.*, <br><br> Defendants. | Case No. C17-77 RSM <br><br> ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND CITATIONS |

This matter is before the Court on Defendant City of Seattle's (the "City") Motion for Leave to File Supplemental Authorities and Citations. Dkt. #204. Before the Court rules on a pending motion, Local Civil Rule 7(n) allows parties to file a Notice of Supplemental Authorities. The Notice of Supplemental authorities is meant to bring to the Court's attention, without argument, "relevant authority issued after the date the party's last brief was filed." LCR 7(n). The supplemental authorities and citations presented by the City do not meet this standard.

The City first asks the Court to allow it to file supplemental authorities addressing the legal standard applicable to due process challenges for vagueness in civil cases. Dkt. #204 at 1. The City's request is in direct response to Plaintiffs' reliance on criminal cases to support its vagueness challenge. *See id* (citing Dkt. #185 at 5). The City also asks the Court to allow it to rebut assertions made by Plaintiffs at oral argument with citations to the record that purportedly

ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND CITATIONS - 1

counter these assertions. *See id*. at 1–2. Because none of the supplemental authorities submitted by the City were issued after the City's last brief was filed, and because Local Rule 7(n) is not intended to allow parties to continue argument, the Court DENIES the City's Motion for Leave to File Supplemental Authorities and Citations (Dkt. #204).

The Court is aware of the importance of the issues before it, and the City, along with Plaintiffs and Defendant Washington State Department of Transportation, can rest assured that, notwithstanding the cases cited by the parties, the Court will apply the proper legal standards in matters raised before it.

DATED this 14th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND CITATIONS - 2