UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA HOOPER, *et al.*,

Plaintiffs,

v.

CITY OF SEATTLE, *et al.*,

Defendants.

Case No. C17-77RSM

ORDER GRANTING TEN-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING APPEAL

This matter is before the Court on Plaintiffs' and Defendants' Stipulated Motion for Ten-Day Extension of Time to Respond to Plaintiffs' Motion to Stay. (Dkt. #214). Plaintiffs filed their Motion to Stay Proceedings Pending Appeal (Dkt. #210) on October 19, 2017. Pursuant to Local Civil Rule 7(d)(3), Plaintiffs noted this motion for consideration on November 3, 2017, thus giving Defendants until October 30, 2017, to file their responses. Because Plaintiffs and Defendants agree to extend Defendants' response deadline by ten days, the Court hereby ORDERS that Defendants' responses to Plaintiffs' Motion to Stay shall be filed by November 9, 2017. Plaintiffs may file a reply by November 17, 2017. The Clerk of the Court is instructed to re-note Plaintiffs' Motion to Stay Proceedings Pending Appeal (Dkt. #210) to November 17, 2017.

DATED this 30 day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING TEN-DAY EXTENSION OF TIME - 1