UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KAYLA WILLIS; et al.,<br><br>              Plaintiffs - Appellants,<br><br>   v.<br><br>CITY OF SEATTLE; et al.,<br><br>              Defendants - Appellees. | No. 18-35053<br><br>D.C. No. 2:17-cv-00077-RSM<br>U.S. District Court for Western<br>Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered November 29, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7