HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA HOOPER, BRANDIE OSBORNE, KAYLA WILLIS, REAVY WASHINGTON, individually and on behalf of a class of similarly situated individuals; THE EPISCOPAL DIOCESE OF OLYMPIA; TRINITY PARISH OF SEATTLE; REAL CHANGE,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF SEATTLE, WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, Secretary of Transportation for WSDOT, in his official capacity,<br><br>           Defendants. | No. 2:17-cv-00077-RSM<br><br>[PROPOSED] ORDER GRANTING MOTION FOR CONVERSION OF PRELIMINARY INJUNCTION RULING INTO FINAL JUDGMENT ON THE MERITS<br><br>Hearing date: 3/27/2020<br>Without Oral Argument |

This matter came before the Court on Defendant City of Seattle's Motion for Conversion of Preliminary Injunction Ruling into Final Judgment on the Merits ("Motion"). The Court considered the Motion and all filings of record in support of and opposition to the Motion.

Being fully advised in this matter, the Court finds that the requested conversion of the Court's prior decision denying injunctive relief, *see* Dkt. No. 209, into a final judgment granting

[PROPOSED] ORDER GRANTING CONVERSION INTO FINAL JUDGMENT - 1
Case No. 2:17-cv-00077-RSM

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

the City summary judgment on the merits of all claims, is appropriate.  Based on the foregoing, the Court FINDS, ORDERS, and DECLARES as follows:

1. The parties have been given a full opportunity to present their respective cases.

2. Plaintiffs have been given notice and an opportunity to object to the Motion.

3. The proper outcome of the claims asserted in this case is apparent from the record, which has been adequately developed.

4. The Motion is GRANTED.  The Court hereby converts its preliminary injunction decision, Dkt. No. 209, into a final judgment on the merits.

5. Plaintiffs' claims are DISMISSED with prejudice.  Plaintiffs failed to show how the City's encampment rules are facially invalid, to establish the violation of their constitutional rights, or to demonstrate that the balance of equities tip in their favor or that an injunction is in the public interest, especially given Defendants' interest in maintaining public property free of items that may pose threats to motorists, pedestrians, workers, and other unhoused persons.  *See* Dkt. No. 209 at 16-34.

6. The City's counterclaim is GRANTED.  The Court hereby DECLARES that the City's encampment rules are valid facially and as applied to the Plaintiffs.  *See* Dkt. No. 209 at 16-31.

It is SO ORDERED.

DATED this _____ day of _____, 2020.

_____
Honorable Ricardo S. Martinez
United States District Court Judge

[PROPOSED] ORDER GRANTING CONVERSION
INTO FINAL JUDGMENT - 2
Case No. 2:17-cv-00077-RSM

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Presented by:

PACIFICA LAW GROUP LLP

By  *s/ Matthew J. Segal*
    Matthew J. Segal, WSBA #29797
    Taki V. Flevaris, WSBA #42555

SEATTLE CITY ATTORNEY'S OFFICE

   Gary Smith, WSBA #29718

   *Co-Counsel for Defendant City of Seattle*

[PROPOSED] ORDER GRANTING CONVERSION
INTO FINAL JUDGMENT - 3
Case No. 2:17-cv-00077-RSM

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750